IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

DANIEL SMITH, personal representative of
the estate of MARY ANN SMITH,

                                              CIV. ACTION NO. 3:09-CV-249

    Plaintiff,

    vs.

UNITED STATES OF AMERICA, SCOTT D.
MARLOWE, M.D., MOHAMMAD N.
DOWLUT, M.D., ROBERT SCOTT, M.D.,
ANNASHAE CORPORATION, and MERCY
MEDICAL IMAGING ASSOCIATES, P.C.,

    Defendants.

## ORDER

AND NOW, this _____ day of _____, 2009, upon consideration of the Defendants' Motion to Strike Paragraphs 79(g), 91(g) and 104(j)) of Plaintiff's Complaint, it is hereby ordered that the Defendants' motion is GRANTED. Subparagraph (g) of paragraphs 79 and 91 of the Complaint and subparagraph (j) of paragraph 104 of the Complaint are stricken with prejudice.

                                                      BY THE COURT:


                                                     _____, J.